UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ERNEST R. GIBSON, JR.,
    Plaintiff,

vs.                                            Case No.: 4:21cv63-TKW-MAF

C. KIRKMAN,
    Defendant.
_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 5). No objections were filed.[1] Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed under the "three strikes rule" in 28 U.S.C. §1915(g). Accordingly, it is

**ORDERED** that:

1. The Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED** pursuant to 28 U.S.C. §1915(g).

3. The Clerk shall close the file.

---

[1] The magistrate judge denied Plaintiff's motion for extension of time, *see* Doc. 7, and Plaintiff thereafter filed additional documents (Docs. 8, 8-1) within the time allowed for filing objections. These documents do not address the applicability of the "three strikes rule" or even reference the Report and Recommendation, so they cannot be considered objections to the Report and Recommendation. But, even if the documents were viewed as objections, the Court sees nothing in them that would lead to a different disposition of this case.

**DONE AND ORDERED** this 1st day of March, 2021.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**

Case No.: 3:21cv84/TKW/EMT